**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| THOMAS E. KELLY, *Plaintiff,* | § § § | |
| v. | § § | NO.  P:23-CV-00011 |
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE *Defendant*. | § § § § | |

## ORDER

BEFORE THE COURT is the Parties' Joint Stipulation of Dismissal Without Prejudice (Doc. 9) filed June 20, 2023. The parties stipulate that Brewster County, Texas, is the appropriate venue for this dispute and that this action against should be dismissed without prejudice. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein.

It is so **ORDERED**.

SIGNED this 3rd day of July, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE